

# Fourth Court of Appeals
## San Antonio, Texas

February 16, 2022

No. 04-22-00092-CV

**IN RE THE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**

Original Mandamus Proceeding[1]

**ORDER**

Following a February 4, 2022 hearing, the trial court signed an order entitled "Order Following Hearing Regarding Placement" (the "February 4 order").[2]

On February 15, 2022, relator filed a petition for writ of mandamus complaining of the February 4 order. The Department also filed a motion asking this court to stay: the February 4 order, "any new or revised orders to the same effect," and "the trial court from taking punitive and coercive action to enforce the provisions of [the February 9] order, including but not limited to incarceration and monetary sanctions."

We GRANT the motion for temporary emergency relief in part as follows:

1. The following decretal paragraph in the trial court's "Order Following Hearing Regarding Placement" rendered on February 4, 2022 and signed on February 8, 2022 is STAYED pending further order of this court:

> 2.8. IT IS ORDERED that the DEPARTMENT shall enter a Child Specific Contract for [J.F.], at the rate of $500 per day, for the purpose of placement within Bexar County whether it is in a foster home, group home, or transitional living. Said Contract shall be circulated to the Attorneys no later than February 11, 2022. IT IS FURTHER ORDERED that this portion of the Order shall be stayed until the next scheduled hearing as indicated below.
> .

2. Any further proceedings, including but not limited to the rendition or creation of new or revised orders, regarding the creation of contracts or the payment of funds regarding the child's placement are STAYED pending further order of this court.

---

[1] This proceeding arises out of Cause No. 2020-PA-01628, styled *In the Interest of V.F. and J.F., Children*, pending in the 407th Judicial District Court, Bexar County, Texas. The Honorable Mary Lou Alvarez signed the order at issue in this proceeding.

[2] The trial court signed the order on February 8, 2022.

3.     Any further contempt proceedings, sanctions, or incarceration of Department representatives arising from the underlying suit and any orders to incarcerate Department representatives arising from contempt proceedings in the underlying suit are STAYED pending further order of this court.

It is so **ORDERED** on February 16, 2022.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court